**In re PARKWAY CALABASAS, LTD., Debtor.**

**SIERRA PACIFIC CONSTRUCTORS, INC., Appellant,**

v.

**David A. GILL, Trustee, Appellee.**

**No. 91–55023.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 3, 1991.

Decided Dec. 20, 1991.

Michael Schwartz, Agoura Hills, Cal., for appellant.

David R. Weinstein, Danning, Gill, Gould, Diamond & Spector, Los Angeles, Cal., for appellee.

Before PREGERSON, CANBY and RYMER, Circuit Judges.

The judgment of the Bankruptcy Appellate Panel, reversing the bankruptcy court and remanding the case to the bankruptcy court for an evidentiary hearing, is reversed. We remand the case to the Bankruptcy Appellate Panel with instructions to affirm the bankruptcy court for the reasons stated in its opinion (reported as *Gill v. Sierra Pacific Constr., Inc. (In re Park-*

*way Calabasas)*, 89 B.R. 832 (Bankr. C.D.Cal.1988)).

REVERSED AND REMANDED.